UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ELIQUIS (APIXABAN) PRODUCTS
LIABILITY LITIGATION

MDL No. 2754

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –8)

On February 7, 2017, the Panel transferred 18 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* \_\_F.Supp.3d\_\_ (J.P.M.L. 2017). Since that time, 21 additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Denise L. Cote.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Cote.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of February 7, 2017, and, with the consent of that court, assigned to the Honorable Denise L. Cote.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 13, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY _____
Deputy Clerk

IN RE: ELIQUIS (APIXABAN) PRODUCTS  
LIABILITY LITIGATION  

MDL No. 2754

## SCHEDULE CTO-8 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 4 | 17-03016 | Silva v. Bristol-Myers Squibb et al |
| DELAWARE | | | |
| ~~DE~~ | ~~1~~ | ~~17-00609~~ | ~~Niessner v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00610~~ | ~~Holcomb v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00611~~ | ~~Peterson v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00612~~ | ~~Ruth Kennon v. Bristol-Meyers Squibb Co. et al~~ Opposed 6/12/ |
| ~~DE~~ | ~~1~~ | ~~17-00613~~ | ~~Young v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00614~~ | ~~Judith Carol Tracy v. Bristol-Meyers Squibb Co. et al~~ Opposed 6/1 |
| ~~DE~~ | ~~1~~ | ~~17-00615~~ | ~~Stricklin v. Bristol-Meyers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00616~~ | ~~Linda White v. Bristol-Meyers Squibb Co. et al~~ Opposed 6/12/1 |
| ~~DE~~ | ~~1~~ | ~~17-00617~~ | ~~Stetler v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00618~~ | ~~Small, Jr. v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00619~~ | ~~Musick v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00620~~ | ~~Tankersley v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00621~~ | ~~Kelley v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00622~~ | ~~Murray v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00623~~ | ~~Redden v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00624~~ | ~~Booth v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00625~~ | ~~Jackson v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00626~~ | ~~Fortenbury et al v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12 |
| ~~DE~~ | ~~1~~ | ~~17-00627~~ | ~~Loffredo v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00628~~ | ~~Ezell v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00629~~ | ~~Diaz et al v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00630~~ | ~~Dehn v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00631~~ | ~~Gomez v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00632~~ | ~~Green v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00633~~ | ~~Velleses v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00634~~ | ~~Mothershed v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00635~~ | ~~McGriff v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00636~~ | ~~Spann v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |
| ~~DE~~ | ~~1~~ | ~~17-00637~~ | ~~Baker v. Bristol-Myers Squibb Co. et al~~ Opposed 6/12/17 |

| | | | |
|---|---|---|---|
| ~~DE~~ | ~~1~~ | ~~17-00638~~ | ~~Hooser v. Bristol-Myers Squibb Co. et al~~ **Opposed 6/12/17** |
| ~~DE~~ | ~~1~~ | ~~17-00639~~ | ~~Parker v. Bristol-Myers Squibb Co. et al~~ **Opposed 6/12/17** |
| ~~DE~~ | ~~1~~ | ~~17-00640~~ | ~~Messer v. Bristol-Myers Squibb Co. et al~~ **Opposed 6/12/17** |
| ~~DE~~ | ~~1~~ | ~~17-00641~~ | ~~Jones v. Bristol-Myers Squibb Co. et al~~ **Opposed 6/12/17** |